IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| TRITON MARINE FUELS, LTD., S.A., et al. | * | |
| Plaintiff/Intervening Plaintiffs | * | CIVIL ACTION NO. JFM-06-3346 |
| v. | * | |
| M/V PACIFIC CHUKOTKA, et al. | * | (Consolidated with JFM 06-3368) |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DISBURSING FUNDS FROM COURT REGISTRY**

This Court hereby GRANTS the Agreed Motion of Plaintiffs, Triton Marine Fuels, Ltd., S.A. and Bunker Holdings, Ltd. and Defendant, Green Pacific A/S, and hereby ORDERS AND DIRECTS the Clerk to immediately release funds from the amount previously deposited in the Registry of this Court in this action to Triton Marine Fuels, Ltd., S.A. in the amount of $300,000.00 (Three Hundred Thousand Dollars), by check payable to "Ober, Kaler, Grimes & Shriver, as attorneys for Triton Marine Fuels, Ltd, S.A." c/o Geoffrey S. Tobias, Esq., Ober, Kaler, Grimes & Shriver, 120 E. Baltimore Street, Baltimore, Maryland 21202-1643 and to immediately release all remaining funds in the registry of the Court and deposited as security for claims in this case, including accrued interest, minus Registry fees thereon to Green Pacific A/S by check payable to "Wright, Constable & Skeen, LLP as Attorneys for Green Pacific A/S," c/o David W. Skeen, Esq., Wright, Constable & Skeen, LLP, 100 N. Charles Street, 16th Floor, Baltimore, Maryland 21201-3812.

SO ORDERED this 6th day of December, 2009.

_____
United States District Court Judge

230153 v. (11471.00001)